The following constitutes the order of the court.
Signed April 26, 2018

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re ) Case No. 17-42523
Kamal Kashyap, )
) Chapter 13
Debtor. ) HEARING HELD
) Date: April 25, 2018
) Time: 9:30 a.m.
) Courtroom: 220

**MEMORANDUM RE: TAKING MOTION OFF CALENDAR**

On March 15, 2018, Wells Fargo Bank filed a *Motion for Relief from Stay* ("the Motion") (doc. 36). The Court held a hearing on the Motion on April 11, 2018. At the hearing, neither Debtor nor Debtor's counsel appeared timely. The Court remarked on the record at the strangeness of this fact given the small number of missed payments and an apparently very large equity cushion in the property. However, as Debtor was not present to contest the Motion, the Court granted the Motion. Shortly thereafter, Debtor's counsel arrived. The Court decided to continue the hearing one week, and Debtor's counsel was to reach out to Wells Fargo's counsel in the interim.

The Court held a continued hearing on April 18, 2018. At this hearing, Wells Fargo's counsel did not appear. Debtor's counsel had been unsuccessful in her efforts to communicate with Wells Fargo's counsel, and the Court had not issued a notice of continued hearing.

The Court set a continued hearing for April 25, 2018. At this hearing, neither counsel appeared. The Court assumes the parties are working things out and therefore took the matter off calendar.

**\*END OF MEMO\***

**Court Service List**